UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Rocha et al
    Plaintiffs

v.                                Civil Action No. **1:25-cv-11649-RGS**

Southcoast Hospitals Group, Inc. et al
    Defendants

## ORDER OF REMAND

Stearns, DJ

In accordance with this Court's Order dated June 27, 2025, it is hereby ordered that this case be REMANDED to Bristol County Superior Court for further proceedings.

                                                            BY THE COURT,

                                                            /s/ Jacqueline Martin

                                                            Deputy Clerk

DATED: June 30, 2025